# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**BARRY TISBY, JR.,**

    **Plaintiff,**

v.                                                       **Case No. 14-CV-1448**

**LT. RAWSON, SGT. J. SCHROEDER,
CPT. HAILLSY, and KENOSHA COUNTY JAIL,**

    **Defendants.**

---

## SCREENING ORDER

Plaintiff, Barry Tisby, Jr., who is confined at the Kenosha County Jail, filed a pro se complaint under 42 U.S.C. § 1983. However, his complaint presents the same claim as the original complaint in Case No. 14-CV-1335. I will therefore treat the complaint in this case as the amended complaint in Case No. 14-CV-1335. This case will be dismissed. The $65.68 initial partial filing fee received in this case will be transferred to Case No. 14-CV-1335 and applied toward payment of the remainder of the filing fee in that case.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** as set forth herein.

**IT IS FURTHER ORDERED** that the complaint in this case be filed as the amended complaint in Case No. 14-CV-1335.

**IT IS FURTHER ORDERED** that the $65.68 initial partial filing fee paid in this case be transferred to Case No. 14-CV-1335 and applied toward payment of the filing fee in that case.

Dated at Milwaukee, Wisconsin, this 6th day of January 2015.

                                                          s/ Lynn Adelman
                                                          _____
                                                          LYNN ADELMAN
                                                          District Judge